# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES HARLAN GARWOOD, Defendant. | CR 19-53-GF-BMM  ORDER |

The United States moves to dismiss count II of the indictment without prejudice under the Federal Rules of Criminal Procedure, Rule 48(a).

The United States' motion is GRANTED. Count II of the indictment is dismissed without prejudice.

Dated this __22__ day of July, 2019.

_____
Brian Morris
United States District Court Judge

1