# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES HARLAN GARWOOD,<br><br>Defendant. | **CR-19-53-GF-BMM**<br><br>**ORDER** |

Defendant James Harlan Garwood has moved for early termination of his current term of supervised release. (Doc. 38.) The Government objects. (Doc. 40.) The Court conducted a hearing on the motion and informed the parties that it would grant Garwood's motion on September 1, 2022. (Doc. 42.) The Court determines that good cause exists to grant Garwood's motion for early termination of her supervised release.

Accordingly, **IT IS HEREBY ORDERED** that Garwood's Motion for Early Termination of Supervised Release (Doc. 38) is **GRANTED**.

DATED this 1st day of September, 2022.

Brian Morris, Chief District Judge
United States District Court